CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq. SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Daniel Lopez**, <br><br> Plaintiff, <br><br> v. <br><br> **8015 Vineland, Inc.,** a California Corporation; <br> **Superama, Inc.,** a California Corporation; and Does 1-10, <br><br> Defendants. | **Case:** 2:17-CV-00588-GW-MRW <br><br> **Plaintiff's Notice of Lodging of Proposed Judgment** |

Please take notice that in accordance with the court's ruling of August 14, 2017, the plaintiff is lodging the proposed judgment (attached) following the order granting plaintiff's application for entry of default judgment.

Dated: August 30, 2017         CENTER FOR DISABILITY ACCESS

                               By:   /s/ Russell Handy

                                    Russell Handy, Esq.
                                    Attorneys for Plaintiff

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28