JS.6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Daniel Lopez**, | Case CV 17-588-GW(MRWx) |
| Plaintiff, | Default Judgment |
| v. | |
| **8015 Vineland, Inc.,** a California Corporation; **Superama, Inc.,** a California Corporation; and Does 1-10, | |
| Defendants. | |

1   Following the Court's ruling on August 14, 2017, the Court grants JUDGMENT in favor of plaintiff Daniel Lopez and against defendants 8015 Vineland, Inc. and Superama, Inc. in the amount of $4,000 in statutory damages, $1,955 in attorney's fees, and $440 in costs - totaling $6,395.

Additionally, defendants 8015 Vineland, Inc. and Superama, Inc. shall provide compliant accessible parking lot at the property located at 8025 Vineland Ave, Sun Valley, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: August 31, 2017   By: _____
GEORGE H. WU, U.S. District Judge

*Presented by*:
Russell Handy, Esq.
858-375-7385
russ@potterhandy.com
Attorney for Plaintiff