*WHEN RECORDED MAIL TO:*

111282 / 166317
Center For Disability Access
Raymond G. Ballister, Jr. / Mark D. Potter
Mail: PO Box 262490, San Diego, CA 92196-2490
9845 Erma Road, Suite 300, San Diego, CA 92131

[Reset Form]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Daniel Lopez | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CV 2:17-cv-00588-GW-MRW |
| v. | |
| 8015 Vineland, Inc., a California Corporation; et al. | **ABSTRACT OF JUDGMENT/ORDER** |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 09/01/2017
in favor of Daniel Lopez
whose address is C/O Mark D. Potter, 9845 Erma Road, Suite 300, San Diego, CA 92131
and against 8015 Vineland, Inc. and Superama, Inc.
whose last known address is 15315 Mangolia Blvd., # 113, Sherman Oaks, CA 91403
for $ 4,000.00   Principal,   $ 0   Interest,   $ 440.00   Costs,
and $ 1955.00   Attorney Fees.

ATTESTED this  10  day of  October , 20 17
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☑ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

15315 Mangolia Blvd., # 113, Sherman Oaks,
CA 91403

CLERK, U.S. DISTRICT COURT

By /s/ Luis Hernandez
Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)   ABSTRACT OF JUDGMENT/ORDER

# PROOF OF SERVICE

### LOPEZ V. 8015 VINELAND, INC.
### 2:17-CV-00588-GW-MRW

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, CA 92131.

On October 9, 2017 I served the following document(s):

**Abstract of Judgment**

Addressed to:

| 8015 Vineland, Inc. | Superama, Inc. | Joseph Trenk |
| --- | --- | --- |
| 15315 Mangolia Blvd., # 113, Sherman Oaks, CA 91403 | 15315 Mangolia Blvd., # 113, Sherman Oaks, CA 91403 | 7136 Haskell Ave Ste 126 Van Nuys, CA 91406 |

- ☑ <u>BY MAIL:</u> I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
- ☐ <u>BY FACSIMILE:</u> In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
- ☐ <u>BY OVERNITE EXPRESS:</u> I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
- ☐ <u>BY PERSONAL SERVICE:</u> I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
- ☑ <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via the United States District Court, Central District of California's CM/ECF system. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on October 9, 2017, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Cameron Johnson

PROOF OF SERVICE